1036

No. 30. PINKOWSKI *v.* COGLAY, DBA MOHAWK EQUIPMENT CO. C. A. 7th Cir. Certiorari denied. MR. JUSTICE BLACK is of the opinion that certiorari should be granted. *John G. Phillips* for petitioner. *Herbert C. Brook* for respondent.

No. 500. FENIX & SCISSON, INC. *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied. MR. JUSTICE BLACK is of the opinion that certiorari should be granted. *Harry P. Thomson, Jr.,* for petitioner. *Solicitor General Marshall, Assistant Attorney General Rogovin* and *Gilbert E. Andrews* for the United States.

No. 211. BROWN *v.* GENERAL MOTORS CORP. C. A. 4th Cir. Certiorari denied. MR. JUSTICE BLACK, MR. JUSTICE DOUGLAS and MR. JUSTICE FORTAS are of the opinion that certiorari should be granted. *Wm. Clarence Kluttz* and *Lewis P. Hamlin, Jr.,* for petitioner. *Bynum M. Hunter* for respondent.

No. 262. KUBERSKI *v.* NEW YORK CENTRAL RAILROAD CO. C. A. 2d Cir. Certiorari denied. MR. JUSTICE BLACK, MR. JUSTICE DOUGLAS and MR. JUSTICE FORTAS are of the opinion that certiorari should be granted and the judgment reversed. *Fenton F. Harrison* for petitioner. *Gerald H. Henley* for respondent.

No. 360. MITSUBISHI SHIPPING CO. *v.* MILLS. C. A. 5th Cir. Certiorari denied. MR. JUSTICE BLACK and MR. JUSTICE DOUGLAS are of the opinion that certiorari should be granted and the judgment reversed. *Leroy Denman Moody* for petitioner. *Warner F. Brock* for respondent.